DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO VIDAL-NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-439-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: December 12, 2008 |
| RICARDO VIDAL-NAVARRO, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, RICARDO VIDAL-NAVARRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 12, 2008 be continued to Friday, January 9, 2009 at 10:00 a.m.

   This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 9, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: December 10, 2008        Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                RICARDO VIDAL-NAVARRO


DATED: December 10, 2008        McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Benjamin Galloway for
                                TODD LERAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 9, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.


DATED: December 10, 2008.       /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge

**2**