```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   RICARDO VIDAL-NAVARRO
```



JAN - 5 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 08-439-EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| RICARDO VIDAL-NAVARRO, | ) | DATE: January 9, 2009 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edward J. Garcia |
| | ) | |

C|EJG

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, RICARDO VIDAL-NAVARRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, January 9, 2009 be continued to Friday, January 23, 2009 at 10:00 a.m..

This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 23, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 31, 2008   Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
RICARDO VIDAL-NAVARRO

DATED: December 31, 2008   McGREGOR W. SCOTT
United States Attorney

/s/ Benjamin Galloway for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 23, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: Jan 5, 2009.

EDWARD J. GARCIA
United States District Judge

2