```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO VIDAL-NAVARRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-439-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: February 27, 2009 |
| RICARDO VIDAL-NAVARRO, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, RICARDO VIDAL-NAVARRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, February 27, 2009 be continued to Friday, March 20, 2009 at 10:00 a.m..

This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 20, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

1  prepare] (Local Code T4).

2

3  DATED: February 24, 2009          Respectfully submitted,
                                      DANIEL J. BRODERICK
4                                     Federal Defender

5                                     /s/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
6                                     Assistant Federal Defender
                                      Attorney for Defendant
7                                     RICARDO VIDAL-NAVARRO

8

9  DATED: February 24, 2009          LAWRENCE G. BROWN
                                      Acting United States Attorney
10

11                                    /s/ Benjamin Galloway for
                                      TODD LERAS
12                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff

13

14

15
                                **O R D E R**
16
   **IT IS SO ORDERED.**  Time is excluded from today's date through and
17
   including March 20, 2009 in the interests of justice pursuant to 18
18
   U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
19
   T4.
20

21
   DATED: February 24, 2009.          /s/ Edward J. Garcia
22                                    EDWARD J. GARCIA
                                      United States District Judge
23

24

25

26

27

28

**2**