1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   RICARDO VIDAL-NAVARRO

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )
12                              )    Cr.S. 08-439-EJG
                   Plaintiff,   )
13                              )    **STIPULATION AND ORDER**
        v.                      )
14                              )    DATE: March 20, 2009
   RICARDO VIDAL-NAVARRO,       )    TIME: 10:00 a.m.
15                              )    JUDGE: Hon. Edward J. Garcia
                   Defendant.   )
16                              )
   _____ )
17

18      It is hereby stipulated and agreed to between the United States of

19  America through TODD LERAS, Assistant U.S. Attorney, and defendant,

20  RICARDO VIDAL-NAVARRO by and through his counsel, BENJAMIN GALLOWAY,

21  Assistant Federal Defender, that the status conference set for Friday,

22  March 20, 2009 be continued to Friday, April 10, 2009 at 10:00 a.m..

23      This continuance is being requested as the parties are working

24  toward a resolution of the matter, but need additional time to complete

25  that process.

26      Speedy trial time is to be excluded from the date of this order

27  through the date of the status conference set for April 10, 2009

28  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

prepare] (Local Code T4).


DATED: March 18, 2009        Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             RICARDO VIDAL-NAVARRO


DATED: March 18, 2009        LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ Benjamin Galloway for
                             TODD LERAS
                             Assistant U.S. Attorney
                             Attorney for Plaintiff




                         **O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and

including April 10, 2009 in the interests of justice pursuant to 18

U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code

T4.


DATED: March 19, 2009.  _____/s/ Edward J. Garcia_____
                             EDWARD J. GARCIA
                             United States District Judge