1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   RICARDO VIDAL-NAVARRO



FILED

APR 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 08-439-EJG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| RICARDO VIDAL-NAVARRO, | DATE: April 10, 2009 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, RICARDO VIDAL-NAVARRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, April 10, 2009 be continued to Friday, May 8, 2009 at 10:00 a.m..

This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 8, 2009 pursuant

1 | to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
2 | Code T4).

DATED: April 7, 2009            Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                RICARDO VIDAL-NAVARRO


DATED: April 7, 2009            LAWRENCE G. BROWN
                                Acting United States Attorney

                                /s/ Benjamin Galloway for
                                TODD LERAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 8, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 7, 2009.  _____
                       EDWARD J. GARCIA
                       United States District Judge

2