```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   RICARDO VIDAL-NAVARRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | Cr.S. 08-439-EJG |
|             Plaintiff,            ) | |
|                                   ) | **STIPULATION AND ORDER** |
|         v.                        ) | |
|                                   ) | DATE: June 19, 2009 |
| RICARDO VIDAL-NAVARRO,            ) | TIME: 10:00 a.m. |
|                                   ) | JUDGE: Hon. Edward J. Garcia |
|             Defendant.            ) | |
|                                   ) | |
| _____   ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, RICARDO VIDAL-NAVARRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, June 19, 2009 be continued to Friday, July 17, 2009 at 10:00 a.m..

This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 17, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: June 16, 2009        Respectfully submitted,
                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Benjamin Galloway
                            BENJAMIN GALLOWAY
                            Assistant Federal Defender
                            Attorney for Defendant
                            RICARDO VIDAL-NAVARRO


DATED: June 16, 2009        LAWRENCE G. BROWN
                            Acting United States Attorney

                            /s/ Benjamin Galloway for
                            TODD LERAS
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 17, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 16, 2009.        /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             United States District Judge

2