DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO VIDAL-NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-439-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: July 17, 2009 |
| RICARDO VIDAL-NAVARRO, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, RICARDO VIDAL-NAVARRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, July 17, 2009 be continued to Friday, August 14, 2009 at 10:00 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 14, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: July 9, 2009                Respectfully submitted,
                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   RICARDO VIDAL-NAVARRO


DATED: July 9, 2009                LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/ Benjamin Galloway for
                                   TODD LERAS
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 14, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: July 9, 2009.               /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   United States District Judge