```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO VIDAL-NAVARRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-439-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: August 14, 2009 |
| RICARDO VIDAL-NAVARRO, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, RICARDO VIDAL-NAVARRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, August 14, 2009 be continued to Friday, September 11, 2009 at 10:00 a.m.. This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 11, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: August 10, 2009         Respectfully submitted,
                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               RICARDO VIDAL-NAVARRO


DATED: August 10, 2009         LAWRENCE G. BROWN
                               United States Attorney

                               /s/ Benjamin Galloway for
                               TODD LERAS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 11, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: August 10, 2009.        /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge

**2**