DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO VIDAL-NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>RICARDO VIDAL-NAVARRO,       )<br>                             )<br>            Defendant.       )<br>_____) | Cr.S. 08-00439-EJG<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER**<br><br>DATE: October 9, 2009<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, RICARDO VIDAL-NAVARRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the change of plea set for Friday, October 9, 2009, be continued to Thursday, October 15, 2009, at 10:00 a.m..  This continuance is being requested as the parties discovered an error in the indictment and plea agreement relating to the correct legal name of the defendant.  The parties intend to correct this error by way of superseding information and a revised plea agreement.  The parties need one week to correct the documents and advise the defendant

regarding the waiver of indictment and superseding information.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 15, 2009, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 8, 2009  Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
RICARDO VIDAL-NAVARRO

DATED: October 8, 2009  LAWRENCE G. BROWN
United States Attorney

/s/ Benjamin Galloway for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

The change of plea hearing set for Friday, October 9, 2009, is continued to Thursday, October 15, 2009, at 10:00 a.m.. Time is excluded from today's date through and including October 15, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: October 8, 2009.   /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

2