**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*             (916) 498-5700  Fax: (916) 498-5710             *Linda C. Harter*
*Federal Defender*                                                                                         *Chief Assistant Defender*

# M E M O R A N D U M

**DATE:** December 2, 2009

**TO:** Colleen Lydon, Courtroom Clerk to the
Honorable John A. Mendez
United States District Court Judge

**FROM:** Katina Whalen, Legal Secretary to
Benjamin Galloway, Assistant Federal Defender

**SUBJECT:** United States v. Leocardio Cazarez-Pineda
Cr.S. 08-439-EJG

---

Please continue the judgment and sentencing hearing currently set for January 15, 2010, to **Friday, March 5, 2010, at 10:00 a.m.**  Assistant United States Attorney, Todd Leras, United States Probation Officer, Julie Fowler have no objection to the new scheduled dates. The following will be the new schedule for filing of objections to the Presentence Report:

| | |
|---|---|
| Presentence report disclosed to counsel | January 22, 2010 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than | February 5, 2010 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | February 12, 2010 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than | February 19, 2010 |
| Reply, or Statement of Non-Opposition | February 26, 2010 |
| Judgment and Sentencing | March 5, 2010 |

If you have any questions concerning the above, please feel free to contact me.

BG:kw
cc: Julie Fowler, United States Probation Officer
Leocardio Cazarez-Pineda Defendant

IT IS SO ORDERED: 12/7/09          /s/ Edward J. Garcia
                                                                        EDWARD J. GARCIA, JUDGE