UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

| | |
|---|---|
| **TO:** | Colleen Lydon, Courtroom Clerk to the Honorable Edward J. Garcia |
| **FROM:** | Julie A. Fowler United States Probation Officer |
| **DATE:** | January 25, 2010 |
| **SUBJECT:** | **Leocardio CAZAREZ-PINEDA** **Docket Number: 2:08CR00439-01** **JUDGMENT AND SENTENCING CONTINUANCE** |

FILED
JAN 28 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

EJG

The above matter is scheduled for judgment and sentencing on 03/05/2010. Based on the unavailability of the probation officer, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 03/26/2010 at 10:00 a.m. |
| Reply, or Statement of Non-Opposition | 03/19/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 03/12/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 03/05/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | 02/26/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 02/12/2010 |

**Reviewed by:** *Jeffrey C. Oestreicher*

**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

/jaf

cc: Todd Leras, Assistant United States Attorney
    Benjamin Galloway, Defense Counsel

IT IS SO ORDERED

*[signature]*
1/27/10

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (GEB).MRG