UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Colleen Lydon, Courtroom Clerk
of the Honorable Edward J. Garcia

**FROM:** Julie A. Fowler *JAO for JAF*
United States Probation Officer

**DATE:** March 10, 2010

**SUBJECT:** Leocardio CAZAREZ-PINEDA
Docket Number: 2:08CR00439-01
**JUDGMENT AND SENTENCING CONTINUANCE**

The above matter is scheduled for judgment and sentencing on April 23, 2010. Based on the unavailability of the probation officer, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | May 28, 2010 @ 10:00 AM |
| Reply, or Statement of Non-Opposition | May 21, 2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 14, 2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 7, 2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | April 30, 2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | April 16, 2010 |

**Reviewed by:** *Jeffrey C. Oestreicher*
JEFFREY C. OESTREICHER
**Supervising United States Probation Officer**

JCO/mes
cc: Todd Leras, Assistant United States Attorney
Benjamin Galloway, Defense Counsel

IT IS SO ORDERED

3/15/10

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (GEB).MRG